IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BREAHYA OVERTON, *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, *Defendant* | : | No. 20-6027 |

## ORDER

AND NOW, this ____ day of April, 2022, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 17), Plaintiffs' Response in Opposition (Doc. No. 25), Defendant's Reply in Support (Doc. No. 27), and the oral argument held on January 31, 2022, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 17) is **GRANTED**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1